**DISMISS and Opinion Filed Opinion filed September 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00132-CV

**JEFFORY G. SNOWDEN, Appellant**
**V.**
**BRIAN RAVKIND, TRACY EDMONDSON GAMBLE**
**D/B/A FRISCO STRONG, AND MEGAN DEWOLFE, Appellees**

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-02116-2018

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Pedersen, III

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal with prejudice.

/Bill Pedersen, III//

200132f.p05

BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEFFORY G. SNOWDEN, Appellant

No. 05-20-00132-CV          V.

BRIAN RAVKIND, TRACY
EDMONDSON GAMBLE D/B/A
FRISCO STRONG, AND MEGAN
DEWOLFE, Appellees

On Appeal from the 366th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 366-02116-
2018.
Opinion delivered by Justice
Pedersen, III. Justices Whitehill and
Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** with prejudice.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 18th day of September, 2020.